## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY GRODKO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOL GLOBAL, INC., GANESH KUMAR BANGAH, ALLAN SAI WAH WONG, CRAIG WHITE, YIT FEI CHANG, TEK KUANG CHEAH, MUN KEE CHANG, ERIC HE, NOAH J. DOYLE, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, and CIMB SECURITIES (SINGAPORE) PTE LTD.,<br><br>Defendants. | **Civil Action No.:**<br>**1:14-cv-09397-WHP** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Jeffrey Grodko ("Plaintiff") hereby voluntarily dismisses his action, *Grodko v. MOL Global, Inc., et al.*, 14-cv-09397-WHP, brought before the United States District Court for the Southern District of New York, without prejudice, as to all defendants.  As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated: December 22, 2014

By:     Respectfully submitted,
        **POMERANTZ LLP**

        */s/ Jeremy A. Lieberman*
        Marc I. Gross
        Jeremy A. Lieberman
        Francis P. McConville
        600 Third Avenue, 20th Floor
        New York, New York 10016
        Telephone:  (212) 661-1100
        Facsimile:  (212) 661-8665

Email:  mgross@pomlaw.com
        jalieberman@pomlaw.com
        fmcconville@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com


**JAROSLAWICZ & JAROS, LLC**
David Jaroslawicz
225 Broadway, 24th Floor
New York, NY 10007
Telephone:  (212) 227-2780
Email: dj@lawjaros.com

*Attorneys for Plaintiff*